# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN R. THURMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>N. GRANNIS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00198-LJO-WMW PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE, WITHIN 30 DAYS, OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

Plaintiff Sean R. Thurman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 16, 2009, Defendant Papenfus filed a Motion to Dismiss based on Plaintiff's failure to exhaust his administrative remedies. Plaintiff has neither filed an opposition to the motion to dismiss, nor a statement of non-opposition to the motion to dismiss. Plaintiff is required to file an opposition or a statement of non-opposition to the motion to dismiss by Local Rule 78-230(m).[1]

///

---

[1] Local Rule 78-230(m) provides: "All motions, except motions to dismiss for lack of prosecution, filed in cases wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than five (5) court days after the opposition is served, plus three (3) days for mailing or electronic service, serve and file a reply to the opposition. All such motions will be deemed submitted twenty-eight (28) days after the service of the motion or when the reply is filed, whichever comes first. See L.R. 5-135(a), 6-136(a)."

1

Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss and for Summary Judgment. **Plaintiff's failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:  May 5, 2009**                                /s/  William M. Wunderlich
                                                                         UNITED STATES MAGISTRATE JUDGE